IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEONDRAE SIMS**                                                                                         **PETITIONER**

v.                          CASE NO. 5:13CV00254 BSM

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                          **RESPONDENT**

## ORDER

The proposed findings and recommendations from United States Magistrate Judge H. David Young have been received, along with the objections thereto. After careful review of those findings and recommendations, the objections, and a *de novo* review of the record, it is concluded that the findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, a determination must be made whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which petitioner has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 8th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE